# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA FLEMING, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN OF FEDERAL )<br>TRANSFER CENTER, )<br>)<br>Respondent. ) | Case No. CIV-24-1167-D |

## ORDER

On December 10, 2024, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. No. 6] pursuant to 28 U.S.C. § 636(b)(1) ("R&R"), in which she recommends that the Court dismiss this action without prejudice. Upon review of the file and noting no timely objection to the R&R, the Court adopts the R&R in its entirety.

For the reasons stated therein, this action is **DISMISSED** without prejudice. A separate judgment shall be entered accordingly.

**IT IS SO ORDERED** this 8th day of January, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge